UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Patricia M. Colburn,<br>   Plaintiff<br><br>v.<br><br>Myles Calvey,<br>   Defendant | Civil Action No. 04-11784 MLW |

## MOTION TO DISMISS

Pursuant to Fed. R. Civ. Pro. Rule 12(b)(6), defendant Myles Calvey respectfully moves that the Plaintiff's complaint in the above-captioned matter be dismissed in its entirety for failure to state a claim upon which relief may be granted. As presented in detail in the attached memorandum of law, the Plaintiff's claims are barred by the applicable statute of limitations and Mr. Calvey is not a proper defendant under the claims brought by the Plaintiff.

        Respectfully submitted,

        Myles Calvey,
        By his attorneys,

        Harold L. Lichten, BBO #549689
        Nicole Horberg Decter, BBO #658268
        Pyle, Rome, Lichten, Ehrenberg &
            Liss-Riordan, P.C.
        18 Tremont Street, Suite 500
        Boston, MA 02108
        Telephone: (617) 367-7200
        Facsimile: (617) 367-4820

Dated: Aug. 24, 2004