# MOTION FOR RECONCITARSION

MARCH 29, 2005

Dear Judge Wolf:

I am writing to you for Motion for Reconcitarsion the reason why it took so long to file **My Civil Case** against Verizon and the Union is because I had a case pending with the Mass. Discrimination board. They said I had to wait until the discrimination case was thru before I could file a civil case. The Discrimination, case number was # 02BEM00376. So please do not dismiss my case I did everything the courts told me to do. Verizon sent me a letter to return to work on December 13, 2001 if I cannot return, submit letter, which my lawyer did on December 10, 2001. (SEE LETTER THAT WAS SENT) We did not hear from Verizon for 2 months. Which I thought everything was all right. Then I received a letter on February 2, 2002, which said that they were terminating, On December 15, 2001. Which I found out later that Verizon retired me. Mean while I had no money so I had to drain all of my 401 to live by. I am a widow and my daughter and granddaughter live with me.

PATRICIA COLBURN
CASE # FOR VERIZON 04-11859—MLW
CASE # FOR UNION    04-11920

cc sent on 4/13/05  Windy Rosebush and Wendy Bittner